# EXHIBIT A

US007721222B1

(12) **United States Patent**
Shaik

(10) Patent No.: **US 7,721,222 B1**
(45) **Date of Patent:** **May 18, 2010**

(54) **DYNAMIC LANGUAGE TEXT GENERATION SYSTEM AND METHOD**

(76) Inventor: **Cheman Shaik**, 102 Sattar Residency, H. No. 12-2-39/3, Migh Colony, Murad Nagar, Mehdipatnam, Hyderabad-500028 (IN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/481,729**

(22) Filed: **Jun. 10, 2009**

(51) Int. Cl.
*G06F 3/048* (2006.01)

(52) **U.S. Cl.** ....................... **715/773**; 715/703; 715/810; 715/843; 715/827; 715/234; 345/156

(58) **Field of Classification Search** ................. 715/703, 715/773, 810–827, 843, 234; 345/156; 3/703, 3/773, 810–827, 843, 234
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,498,143 A | 2/1985 | Strzelecki | 715/263 |
| 4,502,128 A | 2/1985 | Okajima | 704/8 |
| 5,319,386 A | 6/1994 | Gunn | 345/173 |
| 5,410,306 A | 4/1995 | Ye | 341/28 |
| 6,002,390 A * | 12/1999 | Masui | 345/173 |
| 6,011,546 A | 1/2000 | Bertram | 345/327 |
| 6,344,865 B1 | 2/2002 | Matthews, III | 345/815 |
| 6,377,966 B1 | 4/2002 | Cooper | 715/263 |
| 6,388,686 B1 | 5/2002 | Hetherington | 345/810 |
| 6,549,220 B1 | 4/2003 | Hsu | 345/854 |
| 6,562,078 B1 | 5/2003 | Yang | 715/202 |
| 6,809,725 B1 * | 10/2004 | Zhang | 345/171 |
| 7,061,403 B2 * | 6/2006 | Fux | 341/28 |
| 7,136,803 B2 | 11/2006 | Kida | 704/3 |
| 7,254,784 B2 | 8/2007 | Chang | 707/102 |

| | | | |
|---|---|---|---|
| 7,257,528 B1 * | 8/2007 | Ritchie et al. | 704/7 |
| 7,414,616 B2 | 8/2008 | Jayachandra | 345/171 |
| 7,420,543 B2 | 9/2008 | Jayachandra | 345/171 |
| 7,464,024 B2 | 12/2008 | Luo | 704/9 |
| 2001/0026291 A1 | 10/2001 | Uchida | 345/810 |
| 2002/0168208 A1 * | 11/2002 | Lee | 400/484 |
| 2003/0088398 A1 * | 5/2003 | Guo et al. | 704/8 |
| 2004/0150670 A1 * | 8/2004 | Feldman et al. | 345/781 |
| 2005/0010877 A1 | 1/2005 | Udler | 715/826 |
| 2005/0057512 A1 * | 3/2005 | Du et al. | 345/168 |
| 2005/0066291 A1 | 3/2005 | Lewak | 715/810 |
| 2005/0099408 A1 * | 5/2005 | Seto et al. | 345/179 |
| 2005/0125741 A1 * | 6/2005 | Clow et al. | 715/794 |
| 2005/0195171 A1 * | 9/2005 | Aoki et al. | 345/172 |
| 2005/0248546 A1 * | 11/2005 | Kong | 345/173 |
| 2006/0007157 A1 * | 1/2006 | Li et al. | 345/168 |
| 2006/0265652 A1 | 11/2006 | Seitz | 715/703 |
| 2007/0016572 A1 * | 1/2007 | Bates et al. | 707/5 |

(Continued)

*Primary Examiner*—Weilun Lo
*Assistant Examiner*—Tuyetlien T Tran
(74) *Attorney, Agent, or Firm*—Walter J. Tencza, Jr.

(57) **ABSTRACT**

A non-English text generation system and method is presented by which text can be generated in any language without a keyboard. Initially, only a few base characters or radicals of a language are displayed. A desired character or derivative symbol is reached by lookup through successive menus. When a desired character or symbol is reached, it can be displayed on a computer monitor using a computer mouse or a similar interactive device. This system and method can be applied to any non-English language such as Chinese, Japanese, Korean, Indian, That, Lao, etc. The system and method has significant utility in internet searching, authentication, email, chat, wireless messaging, document preparation, online advertisement creation, form filling in e-commerce etc, in non-English languages.

**19 Claims, 27 Drawing Sheets**



**US 7,721,222 B1**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2007/0156394 A1* | 7/2007 | Banerjee et al. | 704/10 |
| 2007/0174771 A1* | 7/2007 | Mistry | 715/703 |
| 2008/0072175 A1 | 3/2008 | Corbett | 715/810 |
| 2008/0120541 A1* | 5/2008 | Cheng | 715/269 |
| 2009/0037837 A1* | 2/2009 | Raghunath et al. | 715/773 |
| 2009/0070098 A1* | 3/2009 | Patryshev | 704/3 |
| 2009/0183117 A1 | 7/2009 | Chang | 715/810 |
| 2009/0210815 A1* | 8/2009 | Cheng et al. | 715/773 |
| 2009/0225034 A1* | 9/2009 | Kida et al. | 345/171 |
| 2009/0225041 A1* | 9/2009 | Kida et al. | 345/173 |
| 2009/0228832 A1 | 9/2009 | Cheng | 715/810 |
| 2009/0265669 A1* | 10/2009 | Kida et al. | 715/863 |
| 2009/0307578 A1* | 12/2009 | Wei | 715/227 |

* cited by examiner

Fig. 1



Fig. 2A



Case 1:18-cv-00593-RGA   Document 1-1   Filed 04/19/18   Page 6 of 44 PageID #: 30

Fig. 2B



Fig. 2C



Fig. 2D



Case 1:18-cv-00593-RGA   Document 1-1   Filed 04/19/18   Page 9 of 44 PageID #: 33

Fig. 2E



Fig. 2F





Fig. 2G

**Fig. 3A**



**Fig. 3B**





**Fig. 3C**

**Fig. 3D**





Fig. 3E

**Fig. 3F**





Fig. 4A



Fig. 4B



Fig. 4C



Fig. 4D

**Fig. 4E**



**Fig. 4F**



**Fig. 5**





**Fig. 6**

**Fig. 7**





Fig. 8

**Fig. 9**





Fig. 10



Fig. 11

US 7,721,222 B1

**1**

## DYNAMIC LANGUAGE TEXT GENERATION SYSTEM AND METHOD

### FIELD OF THE INVENTION

This invention relates to improved methods and apparatus concerning the generation of language text or characters.

### BACKGROUND OF THE INVENTION

Generating text in non-English languages is a challenging task, especially for Asian languages such as Chinese, Japanese, Korean, That, Lao, Thaana, and Indian. Particularly in online HTML (Hyper Text Markup Language) forms, text generation for the aforementioned languages makes the page size too big to be accessed via the Internet as it requires several thousand characters to be defined in the HTML code. For example, Hindi, the national language of India, has more than one million characters that can be generated by several combinations of conjunct consonants, vowel signs and modifiers.

On the other hand, Chinese, which is a symbolic language, has several thousand symbols. These symbols are derivatives of the 214 Chinese base radicals. The derivative patterns are not the same for all the base radicals, unlike the vowel patterns of Indian languages. Incorporating these myriad conjunct characters or derivative symbols in a web page makes the page too large and impractical to be loaded from a web server to its client via the Internet, taking several minutes to hours.

Another interesting observation is that Japanese has three alphabets, Hiragana, Katakana and Kanji. While Hiragana is used for writing the native Japanese words. Katakana is used for writing foreign names and words. Kanji is a character set imported from the Chinese language. A typical Japanese text is written using all the three alphabets.

Text generation in non-English languages is necessary to search web pages in those languages on the Internet and intranet. There are several web sites on the Internet in non-English languages, especially Chinese, Japanese, Korean, Arabic, Russian, European and Indian languages.

Some websites on the Internet enable visitors to generate non-English text through transliteration (See a transliteration facility in the Telugu language on the web at url http://old-.quilpad.in/telugu/). Transliteration is the technique of transcribing a word or text written in English into another language. Often transliteration for Indian languages generates inaccurate text and requires a lot of trial and error adjustments due to ambiguities in character mapping between English and the target language. For example, Tamil, a south Indian language has three characters that map to the English letter 'L'. Similarly, there are three characters in Tamil representing the English letter 'N'.

Indian languages have more consonants than English, resulting in ambiguities in mapping. Also, the vowel signs in Indian languages cannot be produced exactly with English vowel combinations unless a transliteration guide on a website is thoroughly studied.

Another drawback with transliteration is its implementation is very difficult and inaccurate for Mandarin Chinese and the Kanji part of Japanese as these scripts are not alphabet based but symbol based. In Chinese and Japanese Kanji, each symbol represents a word or a set of words.

Another means of generating non-English text is translation, wherein words typed in English are translated into the desired language. However, translation has its own limitations. It is not useful for those who are not proficient enough in English. Some words may be native to a particular lan-

**2**

guage and may not even have their equivalents in English. Some times an English word may have more than one equivalent in other languages.

There are also some websites providing virtual key boards for generating text in non-English languages. For example, www.guruji.com is one such website providing a virtual key board in the Telugu language at the url http://www.guruji-.com/te/index.html. However, the virtual key board of this prior art web site requires as many as six mouse clicks to generate a triple-consonant conjunct character in the Telugu language, which is a tedious job for a user. Another website, at the url http://www.search.webdunia.com/telugu.html, also provides a virtual keyboard which requires many mouse clicks to generate a triple-consonant conjunct character in the Telugu language.

A url on the web http://www.lookera.com/base/keyboards/chinese-keyboard.php provides a virtual key board in the Chinese language. However, it requires multiple mouse clicks and page scrolls to generate a typical Chinese character. Also, a couple of urls on the web http://www.gate2home.com/ and http://www.virtualkeyboard.ws/ provide virtual key boards in different languages, but these keyboards do not enable to generate characters with single mouse clicks in non-English languages such as Chinese, Japanese, Korean etc.

### SUMMARY OF THE INVENTION

One or more embodiments of the present invention relate to a text generation system and method in non-English languages using Dynamic Language Menu Pads (DLMP), which can be used for internet searching, e-mail, chat, web-based authentication, document preparation, electronic form filling, online advertisement creation, wireless messaging, blogging, commenting on social networks etc. One or more embodiments of the present invention eliminate dependency on language specific keyboards, fonts, separate client installations, tool downloads, shortcut key settings etc. In one or more embodiments, text can be generated in any language just through mouse clicks or user actions through a computer interactive device.

One or more embodiments of the present invention provide an easy and practical approach to generating non-English text by generating letters of a non-English language using the desired language's own alphabet or symbols through dynamic generation of characters. This approach will avoid multiple mouse clicks, page scrolls, ambiguities, dependency on English, and the requirement of a huge database of words for different languages and their English mappings for translation.

In at least one or more embodiments of the present invention a method is provided including displaying on a computer monitor a first set of a plurality of character menu items. Each character menu item of the first set of the plurality of character menu items has a character of a language, such as a written language. Each character menu item of the first set of the plurality of character menu items is displayed in a first location on the computer monitor. The method may further include receiving a first user selection of a first character menu item of the first set of the plurality of character menu items, wherein the first user selection is received via a computer interactive device, and displaying a character of the language of the first character menu item in a second location on the computer monitor in response to receiving the first user selection.

The first set of the plurality of character menu items may be displayed in a row in the first location of the computer monitor. The language may be a non-English language. Each of the

US 7,721,222 B1

**3**

character menu items of the first set of the plurality of character menu items has any one of a consonant character, a vowel, a base radical, a symbol, a lower case letter, an alphabet name, a digit, a block number, and a punctuation character of the language.

In another embodiment of the present invention a method is provided including displaying on a computer monitor a first set of a plurality of character menu items, wherein each character menu item of the first set of the plurality of character menu items has a character of a language. Each character menu item of the first set of the plurality of character menu items may be displayed in a first location on the computer monitor. The method may further include receiving a first user selection of a first character menu item of the first set of the plurality of character menu items, wherein the first user selection is received via a computer interactive device. In response to the first user selection, a second set of the plurality of character menu items may be displayed on the computer monitor. The second set of the plurality of character menu items are related to the first character menu item, wherein each character menu item of the second set of the plurality of character menu items has a character of the language. Each character menu item of the second set of the plurality of character menu items may be displayed in a second location on the computer monitor.

The method may further include receiving a second user selection of a second character menu item of the second set of the plurality of character menu items, wherein the second user selection is received via a computer interactive device. In response to the second user selection, a third set of the plurality of character menu items may be displayed on the computer monitor, wherein the plurality of character menu items of the third set of the plurality of character menu items are related to the second character menu item. Each character menu item of the third set of the plurality of character menu items may have a character of the language. Each character menu item of the third set of the plurality of character menu items may be displayed in a third location on the computer monitor.

The method may further include receiving a third user selection of a third character menu item of the third set of the plurality of character menu items, wherein the third user selection is received via a computer interactive device. In response to the third user selection, a fourth set of the plurality of character menu items may be displayed on the computer monitor, wherein the character menu items of the fourth set of the plurality of character menu items are related to the third character menu item. Each character menu item of the fourth set of the plurality of character menu items may be a character of the language. The character menu item of the fourth set of the plurality of character menu items may be displayed in a fourth location on the computer monitor.

The first user selection may be received from any one of a computer mouse, a computer touch screen, a finger pad of a laptop computer, and a computer keyboard. The first user selection may be received via a computer mobile device or a computer stylus on a computer mobile device. The first set of the plurality of character menu items may be displayed in a row in the first location of the computer monitor. The second set of the plurality of character menu items may be displayed in any one of a column, a row, and a block in the second location of the computer monitor. The third set of the plurality of character menu items may be displayed in any one of a column, a row, and a block in the third location of the computer monitor. The fourth set of the plurality of character menu items may be displayed in any one of a row, and a block in the fourth location of the computer monitor.

**4**

Each of the character menu items may be any one of an html table cell, a button, and a graphic user interface component. A method in accordance with embodiments of the present invention may include using the character of the language of the first character menu item for any one of searching on the internet, sending email, chatting, commenting on social networks, blogging, online advertisement creation, and document creation.

Each of the character menu items of the first set of the plurality of character menu items may have any one of a consonant character, a vowel, a base radical, a first symbol, a lower case letter, an alphabet name, a digit, a block number, and a punctuation character of the language. Each of the character menu items of the second set of the plurality of character menu items may have one of either: a vowel derivative of a consonant character, if the first character menu item of the first set of the plurality of character menu items has a consonant character, a successive vowel of a vowel if the first character menu item of the first set of the plurality of character menu items has a vowel, a successive base radical of a base radical, if the first character menu item of the first set of the plurality of character menu items has a base radical, an upper case letter of a lower case letter, if the first character menu item of the first set of the plurality of character menu items has a lower case letter, a vowel or consonant, if the first character menu item of the first set of the plurality of character menu items has an alphabet name, and—a symbol tied to a block number, if the first character menu item of the first set of the plurality of character menu items has a block number.

Each of the character menu items of the third set of the plurality of character menu items may have any one of a double-consonant conjunct, a derivative symbol of the radical, a successive vowel of the vowel, and a vowel derivative of the consonant, of the character of the second character menu item. Each of the character menu items of the fourth set of the plurality of character menu items may have any one of a triple-consonant conjunct of the third character menu item, and a derivative symbol of the radical of the second character menu item.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows an apparatus for use in accordance with an embodiment of the present invention;

FIG. **2**A shows a first image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the first image concerns processing of the Telugu language (a language spoken in India and one of the official and classical languages of India);

FIG. **2**B shows a second image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the second image concerns processing of the Telugu language;

FIG. **2**C shows a third image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the third image concerns processing of the Telugu language;

FIG. **2**D shows a fourth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the fourth image concerns processing of the Telugu language;

FIG. **2**E shows a fifth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the fifth image concerns processing of the Telugu language;

US 7,721,222 B1

5

FIG. 2F shows a sixth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the sixth image concerns processing of the Telugu language.

FIG. 2G shows an image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the image of FIG. 2G concerns processing of the Telugu language;

FIG. 3A shows a seventh image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the seventh image concerns processing of the Chinese language;

FIG. 3B shows an eighth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the eighth image concerns processing of the Chinese language;

FIG. 3C shows a ninth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the ninth image concerns processing of the Chinese language;

FIG. 3D shows a tenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the tenth image concerns processing of the Chinese language;

FIG. 3E shows a eleventh image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the eleventh image concerns processing of the Chinese language;

FIG. 3F shows a twelfth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the twelfth image concerns processing of the Chinese language;

FIG. 4A shows a thirteenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the thirteenth image concerns processing of a Japanese language;

FIG. 4B shows a fourteenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the fourteenth image concerns processing of a Japanese language;

FIG. 4C shows a fifteenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the fifteenth image concerns processing of a Japanese language;

FIG. 4D shows a sixteenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the sixteenth image concerns processing of a Japanese language;

FIG. 4E shows a seventeenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the seventeenth image concerns processing of a Japanese language;

FIG. 4F shows an eighteenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the eighteenth image concerns processing of a Japanese language;

FIG. 5 shows a nineteenth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the nineteenth image concerns processing of the Korean language;

FIG. 6 shows a twentieth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the twentieth image concerns processing of the Arabic language;

6

FIG. 7 shows a twenty-first image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the twenty-first image concerns processing of the Hebrew language;

FIG. 8 shows a twenty-second image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the twenty-second image concerns processing of the That language;

FIG. 9 shows a twenty-third image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the twenty-third image concerns processing of the French language;

FIG. 10 shows a twenty-fourth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the twenty-fourth image concerns processing of the Greek language; and

FIG. 11 shows a twenty-fifth image, menu, or interface, which can be displayed on a computer monitor in accordance with an embodiment of the present invention, wherein the twenty-fifth image concerns processing of the Russian language.

DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an apparatus 100 for use in accordance with an embodiment of the present invention. The apparatus 100 may include a computer. The apparatus 100 may include a computer monitor 102, a computer processor 104, a computer memory 106, a computer interactive device 108, a communications port 110, and the internet 112. The computer monitor 102, computer memory 106, computer interactive device 108, and communications port 110 may communicate with the computer processor 104 via any type of communications links. The communications port 110 may communicate with the internet 112 via a communications link.

FIG. 2A shows a first image, menu, or interface 200a, which can be displayed on the computer monitor 102 in accordance with an embodiment of the present invention. The computer processor 104 may be programmed by a computer program to cause the first image 200a to be displayed on the computer monitor 102. The computer program may be stored in the computer memory 106 and may be executed by the computer processor 104. A person or user can interact with the first image 200a through the computer interactive device 108, which may include a computer mouse, computer keyboard, and the computer monitor 102 itself (for example, in the case where the computer monitor 102 is a touch screen and receives inputs from a user).

The first image 200a concerns processing of the Telugu language, which is a language spoken in India and one of the official and classical languages of India. The first image 200a includes a search box or field 202 for inputting, entering or printing (causing to be displayed in field 202 on the computer monitor 102) Telugu characters. The first image 200a also includes a search button or field 206 which can be clicked on with a computer cursor using a computer mouse or any interactive device to cause searching on the Internet 112 for a character or combination of characters that is displayed in the search box 202 or an intranet not shown. Alternatively, the search box 202 and the search button 206 can be replaced with a web form such as for sending mail, chatting, blogging, or for online advertisement creation.

7

The first image **200***a* also includes a set **204** of character menu items, which can be html table cells, buttons or any GUI (Graphical User Interface) components. The set **204** includes character menu items **204***a*, **204***b*, **204***c*, **204***d*, **204***e*, **204***f*, **204***g*, **204***h*, **204***i*, **204***j*, **204***k*, **204***l*, **204***m*, **204***n*, **204***o*, **204***p*, **204***q*, **204***r*, **204***s*, **204***t*, **204***u*, **204***v*, **204***w*, and **204***x*. A user can click on and cause a character from one of these character menu items to be displayed in search box **202**. There can be more character menu items following **204***x* to include the complete set of consonants of the Telugu language. The character menu items **204***a-b*, show diacritics of the Telugu characters Anuswara (nasal diacritic) "0" and Visarga (breathless 'h' sound following consonant) ":", respectively. The character menu items **204***c* shows the first vowel, and the character menu items **204***d*-**204***x* show a plurality of consonants in the Telugu language. There are thirty-five consonants, fourteen vowels, and one "Anuswara" which adds an "an" sound and one Visarga which adds "ah" sound to consonants in the Telugu language.

FIG. 2B shows a second image, menu, or interface **200***b*, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the second image **200***b* to be displayed on the computer monitor **102**. A person or user can interact with the second image **200***b* through the computer interactive device **108**.

The second image **200***b* concerns processing of the Telugu language. The second image **200***b* includes fields **202** and **206**, which were previously explained with reference to FIG. **2**A. The second image **200***b* also includes the set **204** of character menu items, previously explained with reference to FIG. **2**A. The second image **200***b* includes a column set **208** of character menu items **208***a*, **208***b*, **208***c*, **208***d*, **208***e*, **208***f*, **208***g*, **208***h*, **208***i*, and **208***j*. There can be more menu items below **208***j* in the column set **208**. When the first image **200***a* of FIG. **2**A is on a screen of the computer monitor **102**, a user can place cursor **210**, using the interactive device **108**, on or over a character menu item such as **204***k* to cause a column set such as column set **208** of the second image **200***b* to be displayed on the computer monitor **102**. Each of the characters of the column set **208** is a vowel derivative (diacritic) of the consonant character **204***k*. A user can click on and print ("print" in this instance meaning cause to be displayed in search box **202** on a computer monitor, such as computer monitor **102**) one of these characters in search box **202**.

The character menu item **204***k* includes or shows a consonant of the Telugu language. Placing the cursor on or over the character menu item **204***k* displays what are called "vowel derivatives" (diacritics) of the consonant of the menu item **204***k*. The column set **208** shows a plurality of vowel derivatives of the consonant of menu item **204***k*.

A user can select any of the other character menu items of **204***d*-**204***x* shown in FIG. **2**A, to cause a column of character menu items to appear adjacent, and in line with the character menu item selected. FIG. **2**B shows what occurs when character menu item **204***k* is selected, which causes column **208** to the displayed on the computer monitor **102** adjacent and in a straight line with character menu item **204***k*. If instead, for example, character menu item **204***l* was selected, a column **209**, shown in FIG. **2**G would be displayed adjacent and in a straight line with character menu item **204***l*. Column **209** would have character menu items related to character menu item **204***l*, such as vowel derivatives of a consonant character of character menu item **204***l*. Selecting any other character menu item of **204***d*-*x*, would cause a column of character menu items to be displayed on the computer monitor **102**,

8

which is related to the character menu item selected, and which is in line with the character menu item selected.

FIG. 2C shows a third image, menu, or interface **200***c*, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the third image **200***c* to be displayed on the computer monitor **102**. A person or user can interact with the third image **200***c* through the computer interactive device **108**.

The third image **200***c* concerns processing of the Telugu language. The third image **200***c* includes fields **202** and **206**, which were previously explained with reference to FIG. **2**A. The third image **200***c* also includes the set **204** of character menu items, previously explained with reference to FIG. **2**A. The third image **200***c* includes a column set **208** of character menu items previously described with reference to FIG. **2**B. The third image also includes a row set **212** of character menu items **212***a*, **212***b*, **212***c*, **212***d*, **212***e*, **212***f*, **212***g*, **212***h*, **212***i*, **212***j*, **212***k*, **212***l*, **212***m*, **212***n*, **212***o*, **212***p*, **212***q*, **212***r*, **212***s*, **212***t*, and **212***u*. There can be more character menu items following **212***u* to corresponding to the remaining consonants of the Telugu language. When the second image **200***b* of FIG. **2**B is on a screen of the computer monitor **102**, a user can place cursor **210** (in one embodiment clicking of a computer mouse is not necessary, i.e. the cursor **210** can be just placed over the particular character menu item) through the interactive device **108** on the character menu item **208***e* to cause the row set **212** of the third image **200***c* to be displayed on the computer monitor **102**. A user can click on and thereby cause one of these characters to be displayed in search box **202**. Each of the characters of row set **212** is a double-consonant conjunct derivative of the single consonant vowel derivative **208***e*. For example, character **212***a* of image **200***c* is the double-consonant conjunct character of **208***e* wherein the first and second consonants involved are **204***k* and **204***d* of FIG. **2**A respectively.

The character menu item **208***e* shows a vowel derivative of the Telugu consonant **204***k* Placing cursor **210** on or over the character menu item **208***e* displays the set **212** which is a set of first order conjuncts of the vowel derivative character **208***e*.

FIG. 2D shows a fourth image, menu, or interface **200***d*, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the fourth image **200***d* to be displayed on the computer monitor **102**. A person or user can interact with the fourth image **200***d* through the computer interactive device **108**.

The fourth image **200***d* concerns processing of the Telugu language. The fourth image **200***d* includes fields **202** and **206**, which were previously explained with reference to FIG. **2**A. The fourth image **200***d* also includes the sets **204**, **208**, and **212** of character menu items, previously explained with reference to FIGS. **2**A, **2**B, and **2**C, respectively. The fourth image **200***d* also includes a row set **214** of character menu items. The row set **214** includes triple-consonant conjunct characters **214***a*, **214***b*, **214***c*, **214***d*, **214***e*, **214***f*, **214***g*, **214***h*, **214***i*, **214***j*, **214***k*, **214***l*, **214***m*, **214***n*, **214***o*, **214***p*, **214***q*, **214***r*, **214***s*, **214***t*, and **214***u*. There can be more character menu items following **214***u* to include the complete set of triple-consonant conjuncts of the double-consonant conjunct character **212***p*. A user can click on and print one of these characters in search box or field **202**. When the third image **200***c* of FIG. **2**C is on a screen of the computer monitor **102**, a user can place cursor **210**, using the interactive device **108** on or over the character menu item **212***p* to cause the row set **214** of

the fourth image 200d to be displayed on the computer monitor 102. Each of the characters of row set 214 is a triple-consonant conjunct character. For example, character 214a is a triple-consonant conjunct character wherein the first, second and third consonants involved are 204k, 204s and 204d of image 200a respectively.

The character menu item 212p of image 200c in FIG. 2C shows a first order (double-consonant) conjunct character. Placing cursor 210 using the interactive device 108, on the character menu item 212p causes the set 214 to be displayed which includes the second order (triple-consonant) conjuncts of the first order conjunct character 212p.

FIG. 2E shows a fifth image, menu, or interface 200e, which is same as the image 200d of FIG. 2D except for the click graphic 216. The click graphic is shown in FIG. 2E only for explanation purposes to indicate that a user can click on any character menu item such as 214c in order to print it in the search box 202. The click graphic 216 would not typically be displayed visually on a screen of the computer monitor 102.

When the fourth image 200d of FIG. 2D is on a screen of the computer monitor 102, a user can click on a character menu item, such as 214c to print its character in search box 202.

FIG. 2F shows a sixth image, menu, or interface 200f, which can be displayed on the computer monitor 102 in accordance with an embodiment of the present invention. The computer processor 104 may be programmed by the computer program to cause the sixth image 200f to be displayed on the computer monitor 102. A person or user can interact with the sixth image 200f through the computer interactive device 108.

The sixth image 200f concerns processing of the Telugu language. The sixth image 200f includes fields 202 and 206, which were previously explained with reference to FIG. 2A. The sixth image 200f also includes the set 204 of character menu items, previously explained with reference to FIG. 2A. The sixth image 200f is same as the first image 200a of FIG. 2A except for the character from the character menu item 214c of image 200e which has been inserted into a field 202a of the search box 202. This can be done by clicking, using a computer mouse, the character menu item 214c in image 200e.

One or more embodiments of the present invention provide dynamic language text generation, which is particularly applicable to various non-English languages, such as Chinese, Japanese, and various Indian languages. In at least one embodiment, text can be generated in any language without a keyboard, such as through a computer mouse, stylus, or finger actions on touch screens of computers and wireless devices.

In FIG. 2A, the set 204 includes all the base consonants of the Telugu language. In one embodiment, the set 204 may only include the base consonants or radicals of the particular language, such as Telugu, in this example. This reduces memory file size for the computer memory 106 and processing power required for the computer processor 104.

If the particular language has independent vowels also, only the first vowel is displayed as part of the main menu 204. For example, in FIG. 2A character 204c is the first vowel.

In at least one embodiment of the present invention, required characters are dynamically generated and displayed according to user requirements. For example, when a user points to a consonant, such as one of 204d-204x, shown in FIG. 2A, such as by using a computer mouse, a stylus or a touch screen, all the vowel derivatives (such as partially shown in set 208 of FIG. 2B) of the consonant (such as in menu item 204k) are displayed as a first level sub menu, such

as shown in FIG. 2B. The user can select and print any of these vowel derivatives or the base consonant itself using the computer interactive device 108.

Similarly, the full list of independent vowels can be viewed as a sub menu by placing cursor on the first vowel (such as 204c) displayed on the main menu 204, such as shown in image 200a in FIG. 2A. The user can select and print the required vowels from the sub menu. In languages wherein two or more consonants may join to form conjunct consonants, a second level sub menu, such as row set 212 of image 200c in FIG. 2C can be generated showing all possible two-consonant conjuncts by placing a computer cursor on a character menu item of the first level submenu, such as the character menu item 208e of the image 200b in FIG. 2B. Similarly, a third level sub menu, such as the row set 214 of the image 200d in FIG. 2D. Of three-consonant conjuncts can be displayed when a computer cursor is placed on a second level sub menu character menu item, such as menu item 212p. This implementation of the method, in at least one embodiment of the present invention is very well suited to all Indian and similar languages in which up to three consonants can combine to form conjunct consonants. More specifically, the list of suitable languages include Hindi, Bengali, Assamese, Gujarati, Punjabi, Marathi, Oriya, Kannada, Malayalam and Tamil, and also Sinhalese, the spoken language of Sri Lanka. Tamil is the simplest among all Indian languages requiring only a first level submenu as the language has no concept of conjunct consonants.

FIGS. 3A-3F are related to the Chinese language. FIG. 3A shows an image, menu, or interface 300a for the Chinese language, which can be displayed on the computer monitor 102 in accordance with an embodiment of the present invention. The computer processor 104 may be programmed by a computer program to cause the first image 300a to be displayed on the computer monitor 102. The computer program may be stored in the computer memory 106 and may be executed by the computer processor 104. A person or user can interact with the image 300a through the computer interactive device 108, which may include a computer mouse, computer keyboard, and the computer monitor 102 itself (for example, in the case where the computer monitor 102 is a touch screen and receives inputs from a user).

The image 300a concerns processing of the Chinese language and includes a search box 302 for inputting, entering, or printing Chinese characters. The image 300a also includes a search button 306 which can be clicked on with a computer cursor using a computer mouse or any interactive device of interactive device 108 to cause the computer processor 104 to cause searching on the Internet 112 through communications port 110 or intranet not shown. Alternatively, the search box 302 and the search button 306 can be replaced with a web form for purposes such as sending mail, chatting, blogging, online advertisement creation, and for other purposes.

The image 300a also includes a set 304 of character menu items, which can be html table cells, buttons or any GUI (Graphical User Interface) components. The set 304 includes character menu items 304a, 304b, 304c, 304d, 304e, 304f, 304g, 304h, 304i, 304j, 304k, 304l, 304m, 304n, 304o, 304p, and 304q. There can be more character menu items following 304q to include more Chinese Kangxi radicals. The character menu items 304a-304q show Chinese Kangxi radicals at particular sequential interval positions such as 1, 11, 21, . . . and so on of the Chinese Kangxi radicals set. There are total two hundred and fourteen Kangxi radicals in the Chinese language. Since all these two hundred and fourteen radicals cannot visibly fit in a scroll-free screen, the character set 304

US 7,721,222 B1

11

selectively includes only the radicals located at sequential positions 1, 11, 21, . . . and so on of the Kangxi radicals set.

FIG. 3B shows an image, menu, or interface **300***b* for the Chinese language, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by the computer program to cause the image **300***b* to be displayed on the computer monitor **102**. A person or user can interact with the image **300***b* using the computer interactive device **108**.

The image **300***b* concerns processing of the Chinese language. The image **300***b* includes the search box or field **302** and search button or field **306**, which were previously explained with reference to FIG. 3A.

The image **300***b* also includes the set **304** of character menu items, previously explained with reference to FIG. 3A. The image **300***b* includes a column set **308** of character menu items **308***a*, **308***b*, **308***c*, **308***d*, **308***e*, **308***f*, **308***g*, **308***h*, **308***i*, and **308***j*. When the image **300***a* of FIG. 3A is on a screen of the computer monitor **102**, a user can place computer cursor **310**, through the interactive device **108**, on the character menu item, **304***h* to cause the column set **308** of the image **300***b* to be displayed on the computer monitor **102**. The column set **308** shows the Kangxi radical **304***h* and its nine consecutive Kangxi radicals. Similarly, when a user places cursor over any Kangxi radical of the set **304**, a vertical menu or column set of characters is displayed, which includes the Kangxi radical itself and its 9 consecutive Kangxi radicals. However, an exception applies to the last radical of the set **304**, wherein the radical itself and its 3 consecutive radicals will be displayed when the cursor **310** is placed over it. The number of radicals in the horizontal menu or row set **304** and vertical menu or corresponding column set for each character item of the row set **304** can be varied according to the designer's choice.

FIG. 3C shows an image, menu, or interface **300***c* for the Chinese language, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **300***c* to be displayed on the computer monitor **102**. A person or user can interact with the image **300***c* through the computer interactive device **108**.

The image **300***c* concerns processing of the Chinese language. The image **300***c* includes fields **302** and **306**, which were previously explained with reference to FIG. 3A. The image **300***c* also includes the row set **304** of character menu items, previously explained with reference to FIG. 3A. The image **300***c* includes the column set **308** of characters menu items previously described with reference to FIG. 3B. The image **300***c* also includes an index **312** of character blocks and a block **314***a* of characters. The block **314***a* comprises some first few derivative characters of the Kangxi base radical **308***e*. There can be more or less rows and columns in the block **314***a* than shown in the image **300***c*. When the image **300***b* of FIG. 3B is on a screen of the computer monitor **102**, a user can place cursor **310**, using the interactive device **108**, on the character menu item (Kangxi radical) **308***e* to cause the index **312** of character blocks and the characters block **314***a* of the image **300***c* to be displayed on the computer monitor **102**. Each of the characters of the block **314***a* is a derivative character of the Kangxi base radical **308***e*. The Kangxi base radical **308***e* has several derivative characters, which are conveniently divided in this system into seven blocks in order to avoid horizontal and vertical scrolling of their display screen. When a user places cursor **310** on the Kangxi base radical **308***e*, only the first block **314***a* of its derivative characters and

12

index **312** of all the blocks are displayed on the screen. Menu items **312***a*-**312***g* show the derivative character block numbers 1-7 of the Kangxi radical **308***e*. A user can navigate through all the character blocks and display the required block by placing cursor over the corresponding block number of index **312**.

FIG. 3D shows an image, menu, or interface **300***d* for the Chinese language, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by the computer program to cause the image **300***d* to be displayed on the computer monitor **102**. A person or user can interact with the image **300***d* through the computer interactive device **108**.

The image **300***d* is same as the image **300***c* of FIG. 3C except for the derivative characters block **314***e* in place of **314***a* and the position of cursor **310**. When a user places cursor **310** through the interactive device **108** over the menu item **312***e* of index **312**, the previously displayed block of characters **314***a* disappears and a corresponding block of characters **314***e* is displayed on the screen of computer monitor **102**.

When the image **300***c* of FIG. 3C is on a screen of the computer monitor **102**, a user can place cursor **310**, using the interactive device **108**, on the menu item **312***e* of the index **312** of blocks to cause the fifth block of derivative characters of the Kangxi base radical **308***e* to be displayed on the computer monitor **102** as shown in the image **300***d*.

FIG. 3E shows an image, menu, or interface **300***e*, which is same as the image **300***d* of FIG. 3D except for the click graphic **316**. The click graphic **316** is shown in FIG. 3E for explanation purposes to indicate that a user can click on any character menu item of the block **314***e*, such as character menu item **324***a* of the block **314***e* in order to print it in the search box **302**. The click graphic **316** would not be displayed visually on the screen. Character **324***a* refer to the character at the 2nd row and 2nd column of block **314***e*.

When the image **300***d* of FIG. 3D is on a screen of the computer monitor **102**, a user can click on the character menu item **324***a* to print it in the search box or field **302**.

FIG. 3F shows an image, menu, or interface **300***f*, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by the computer program to cause the image **300***f* to be displayed on the computer monitor **102**. A person or user can interact with the image **300***f* through the computer interactive device **108**.

The image **300***f* concerns processing of the Chinese language. The image **300***f* includes fields **302** and **306**, which were previously explained with reference to FIG. 3A. The image **300***f* also includes the set **304** of character menu items, previously explained with reference to FIG. 3A. Image **300***f* of FIG. 3F is same as the image **300***a* of FIG. 3A except for the character **324***a* taken from menu item **324***a* of image **300***e* shown printed in the search box or field **302**

In FIG. 3A, the set **304** includes only a few Kangxi radicals of the Chinese language. In one embodiment, the set **304** may include only a few radicals of the particular language, such as Chinese, in this example. This reduces menu file size for the computer memory **106** and processing power required for the computer processor **104**.

In at least one embodiment of the present invention, required characters are dynamically generated and displayed according to user needs. For example, when a user points to a Kangxi radical, such as one of **304***a*-**304***q*, such as by use of a computer mouse, stylus or touch screen, the radical itself and all its succeeding radicals before the next radical in the set

**13**

**304** are displayed as a first level sub menu or column set **308**, such as shown in FIG. **3**B. The user can select and print any of the radicals from the first level submenu or column set **308** using the computer interactive device **108**.

In a language like Chinese wherein a radical may have several derivative characters, a second level submenu or row set, such as row set **312** of image **300**c in FIG. **3**C can be displayed showing all block numbers of derivative characters by placing the cursor **310** on a base radical of the first level submenu such as column set **308** of image **300**b. Similarly, a third level submenu, such as **314**e of image **300**d in FIG. **3**D, of derivative characters can be displayed when cursor **310** is placed on a second level submenu item such as **312**e.

FIG. **4**A-FIG. **4**F are related to the Japanese language. FIG. **4**A shows an image, menu, or interface **400**a, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **400**a to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **400**a through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

The image **400**a concerns processing of the Japanese language. The image **400**a includes a search box or field **402** for inputting or entering or printing Japanese characters. The image **400**a also includes a search button or field **404** which can be clicked on with a computer cursor using a computer mouse or any interactive device to cause the computer processor **104** to cause searching on the Internet **112** of FIG. **1** or intranet not shown. Alternatively, the search box **402** and the search button **404** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

The image **400**a also includes menu item set **406**, and menu items **408** and **410** and menu item set **412**. Menu item sets **406** and **412** include a plurality of menu items. Each of the menu items can be an html table cell, a button or any GUI (Graphical User Interface) component. Menu item set **406** may be a set of Japanese punctuation characters **406**a, **406**b, **406**c and **406**d or menu items. A user can click on and print any of the characters shown in menu items **406**a-d in search box **402**, by using the interactive device **108**. Menu items **408**, **410** and menu item set **412** provide links to the Japanese character sets Hiragana, Katakana and Kanji respectively.

FIG. **4**B shows an image, menu, or interface **400**b, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **400**b to be displayed on the computer monitor **102**. A person or user can interact with the image **400**b through the computer interactive device **108**.

The image **400**b concerns processing of the Japanese language. The image **400**b includes fields **402** and **404**, which were previously explained with reference to FIG. **4**A. The image **400**b also includes menu item set **406**, menu items **408** and **410** and menu item set **412**, previously explained with reference to FIG. **4**A. The image **400**b also includes a cursor **414**. The image **400**b further includes a row set **416** of character menu items **416**a, **416**b, **416**c, **416**d, **416**e, **416**f, **416**g, **416**h, **416**i, **416**j, **416**k, **416**l, **416**m, **416**n, **416**o, and **408**p. When the image **400**a of FIG. **4**A is on a screen of the computer monitor **102**, a user can place the cursor **414**, by

**14**

using the interactive device **108**, on the menu item **408** to cause the row set **416** of the image **400**b to be displayed on the computer monitor **102**. A user can click on and cause any of the characters of the row set **416** to be displayed in the search box **402**. The first character **416**a of the row set **416** is the first vowel of the Japanese Hiragana alphabet. Characters **416**b-**416**p are consonants of the Hiragana alphabet. For example, character menu item **416**g is the Hiragana consonant 'ma'.

FIG. **4**C shows an image, menu, or interface **400**c, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by the computer program to cause the image **400**c to be displayed on the computer monitor **102**. A person or user can interact with the image **400**c by using the computer interactive device **108**.

The image **400**c concerns processing of the Japanese language. The image **400**c includes fields **402** and **404**, which were previously explained with reference to FIG. **4**A. The image **400**c also includes menu item set **406**, menu items **408** and **410** and menu item set **412**, previously explained with reference to FIG. **4**A. The image **400**c also includes a cursor **414**. The image **400**c further includes a row set **416** of character menu items, previously explained with reference to FIG. **4**B. Additionally, the image **400**c includes a column set **418** of character menu items **418**a, **418**b, **418**c, **418**d, **418**e, **418**f and **418**g. Each of the character menu items **418**a-**418**g is a vowel derivative (syllable) of the Hiragana consonant **416**g. When the image **400**b of FIG. **4**B is on a screen of the computer monitor **102**, a user can place cursor **414**, using the interactive device **108**, on the character menu item **416**g to cause the column set **418** of the image **400**c to be displayed on the computer monitor **102**. A user can click on and cause any of the characters of the column set **418** to be displayed in search box **402**. When the user clicks on character menu item **418**a, for example, the character in menu item **418**a appears in the left hand corner of search box **402**. Similarly, a user can view the derivatives (syllables) of any Hiragana consonant by placing the cursor **414** on the particular Hiragana consonant (located in a particular menu item of row set **416**. Any desired derivative (syllable) can be printed by clicking on it with the computer interactive device **108**. A user can also view all vowels of the Hiragana alphabet by placing the cursor **414** on the first vowel (character menu item) **416**a of image **400**b in FIG. **4**B. Any desired vowel can be displayed in search box **402** by clicking on the corresponding menu item in which it is located using the computer interactive device **108**.

FIG. **4**D shows an image, menu, or interface **400**d, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **400**d to be displayed on the computer monitor **102**. A person or user can interact with the image **400**d through the computer interactive device **108**.

The image **400**d concerns processing of the Japanese language. The image **400**d includes fields **402** and **404**, which were previously explained with reference to FIG. **4**A. The image **400**d also includes menu item sets **406** and **412**, and menu items **408** and **410**, previously explained with reference to FIG. **4**A. The image **400**d also includes a cursor **414**. The image **400**d further includes a row set **420** of character menu items **420**a, **420**b, **420**c, **420**d, **420**e, **420**f, **420**g, **420**h, **420**i, **420**j, **420**k, **420**l, **420**m, **420**n, **420**o, **420**p, **420**q, **420**r, **420**s and **420**t. Character menu item **420**a shows or includes the first vowel of the Japanese Katakana alphabet. Each of the characters menu items **420**b-**420**t shows or includes a Katakana consonant. There can be more character menu items beyond **420**t to include the remaining Katakana consonants.

**15**

When the image **400***a* of FIG. **4**A is on a screen of the computer monitor **102**, a user can place cursor **414**, using the interactive device **108**, on the menu item **410** to cause the row set **420** of the image **400***d* to be displayed on the computer monitor **102**. A user can click on any of the character menu items of the row set **420** to cause the corresponding character to be displayed in the search box **402**. Print means making a character appear in the search box or adding it to the search box.

FIG. **4**E shows an image, menu, or interface **400***e*, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by the computer program to cause the image **400***e* to be displayed on the computer monitor **102**. A person or user can interact with the image **400***e* through the computer interactive device **108**.

The image **400***e* concerns processing of the Japanese language. The image **400***e* includes fields **402** and **404**, which were previously explained with reference to FIG. **4**A.

The image **400***e* also includes menu item set **406**, menu items **408** and **410** and menu item set **412**, previously explained with reference to FIG. **4**A. The image **400***e* also includes the cursor **414**. The image **400***e* further includes a row set **420** of character menu items, previously explained with reference to FIG. **4**D. Additionally, the image **400***e* includes a column set **422** of character menu items **422***a*, **422***b*, **422***c*, **422***d*, **422***e*, **422***f* and **422***g*. Each of the character menu items **422***a*–**422***g* includes or shows a vowel derivative (syllable) of the Katakana consonant in menu item **420***i* shown in image **400***d* of FIG. **4**D. When the image **400***d* of FIG. **4**D is on a screen of the computer monitor **102**, a user can place cursor **414**, using the interactive device **108**, on the character menu item **420***i* to cause the column set **422** of the image **400***e* to be displayed on the computer monitor **102**. A user can click one of menu items of the column set **422** to cause the corresponding vowel derivative (syllable) to be displayed in the search box **402**. Similarly, a user can view the derivatives (syllables) of any Katakana consonant by placing the cursor **414** on a menu item, which has that Katakana consonant of menu items **420***b*–**420***t* and beyond. A desired derivative (syllable) can be made to appear in the search box **402** by clicking on the corresponding menu item comprising that derivative (syllable) with the computer interactive device **108**.

A user can also view all vowels of the Katakana alphabet as a column set by placing the cursor **414** on the first vowel (character menu item) **420***a* of image **400***d* in FIG. **4**D. A desired vowel can be made to appear in the search box **402** by clicking on the menu item, which has that particular vowel with the computer interactive device **108**.

FIG. **4**F shows an image, menu, or interface **400***f*, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by the computer program to cause the image **400***f* to be displayed on the computer monitor **102**. A person or user can interact with the image **400***f* through the computer interactive device **108**.

The image **400***f* concerns processing of the Japanese language. The image **400***f* includes fields **402** and **404**, which were previously explained with reference to FIG. **4**A. The image **400***f* also includes menu item set **406**, menu items **408** and **410** and menu item set **412**, previously explained with reference to FIG. **4**A. The image **400***f* also includes the cursor **414**. The image **400***f* further includes a block **424** of character menu items, which is a set of Japanese Kanji characters. There can be more characters in the block **424** than shown in the image **400***f*. When the first image **400***a* of FIG. **4**A is on a

**16**

screen of the computer monitor **102**, a user can place the cursor **414**, using the interactive device **108**, on the menu item **412***d* (block number 3 of Kanji characters) to cause the Kanji block **424** of the image **400***f* to be displayed on the computer monitor **102**. A user can click any one of the menu items of the block **424**, each including a Kanji character to thereby cause that character to be displayed in the search box **402**. Similarly, a user can view other Kanji character blocks by placing the cursor **414** on their corresponding number in the menu item set **412**. A desired Kanji character can be clicked on, using the interactive device **108** and displayed or made to appear in the search box **402**. There can be more block numbers in menu item set **412** covering the entire set of Kanji characters.

One or more embodiments of the present invention provide dynamic language text generation, which is particularly applicable to various non-English languages, such as Chinese, Japanese, and various Indian languages. In at least one embodiment, text can be generated in any language without a keyboard, such as through a computer mouse, stylus, or finger actions on touch screens of computers and wireless devices.

In FIG. **4**B, the set **416** includes all base consonants of the Japanese Hiragana alphabet. Similarly, in FIG. **4**D, the set **420** includes all base consonants of the Japanese Katakana alphabet. In one embodiment, the sets **416** and **420** may only include the base consonants or radicals of the particular language, such as Japanese, in this example. This reduces menu file size for the computer memory **106** and processing power required for the computer processor **104**.

If the particular language has independent vowels also, only the first vowel is displayed as part of the main menu. For example, in FIG. **4**B, character **416***a* is the first vowel of the Hiragana alphabet.

In at least one embodiment of the present invention, required characters are dynamically generated and displayed according to user requirements. For example, when a user points to a consonant, such as one of menu items **416***b*–**416***p* of set **416**, shown in FIG. **4**B through a computer mouse, stylus or touch screen, all the vowel derivatives (such as shown in set **418** for the consonant shown in menu item **416***g*) of the particular consonant (such as consonant in menu item **416***g* in this example) are displayed as a submenu, such as shown in FIG. **4**C. The user can select and cause to be displayed in the search box **402** any of these vowel derivatives or the base consonant itself using the computer interactive device **108**. Similarly, the full list of independent vowels can be viewed as a sub menu by placing the cursor **414** on the first vowel (such as **416***a*, in one example) displayed on the main menu, such as image **400***b* in FIG. **4**B. A user can select and print the required vowels from the sub menu.

If a particular language, such as Japanese has several symbolic characters, they can be organized into a number of blocks, with each block comprising as many symbols as can be conveniently displayed on a scroll-free computer screen.

FIG. **5** shows an image, menu, or interface **500**, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **500** to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **500** through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

US 7,721,222 B1

**17**

Image **500** concerns processing of the Korean language. Image **500** includes a search box or field **502** for inputting or entering or printing Korean characters. Image **500** also includes a search button **504** which can be clicked on with a computer cursor using a computer mouse or any interactive device, such as **108**, to cause searching on the Internet **112** or intranet, not shown. Alternatively, the search box **502** and the search button **504** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

Image **500** also includes menus **506**, **508**, **510** and a cursor **512**. Menu **506** comprises a row set of menu items, each one of which contains a Korean consonant. There can be more menu items than shown in the image **500** to include the remaining Korean consonants. Each Menu item can be an html table cell, a button or any GUI (Graphical User Interface) component. Menu **508** comprises a column set of menu items, each of which contains or includes a Korean syllable. The Korean syllables include an initial consonant and a medial vowel. There can be more menu items than shown in the image **500** to include the remaining such syllables. Menu **510** comprises a row set of menu items, each one of which contains a Korean syllables with an initial consonant, a medial vowel and a final consonant. There will be more menu items than shown in the image **500** to include the remaining such syllables. Initially, only menu **506** of consonants is displayed along with the search box **502** and the search button **504**. A user can click and print one of these characters in search box **502** through the interactive device **108**. When a user places cursor **512**, using the interactive device **108** on a menu item including a Korean consonant, such as menu item **506***g*, all of the syllables with a medial vowel (for example **508** in this case) of the particular Korean consonant of the menu item (in this case **506***g*) are displayed as a vertical set (in this example **508**) of characters. A user can click and cause one of these syllables to be displayed in search box **502** using the interactive device **108**. When a user places cursor **512** on one of the menu items of these characters, such as **508***e*, all the character's extended syllables with a final consonant are displayed as a row set such as row set **510** for the character **508***e*. A user can click and print one of these extended syllables (such as shown in row set **510**) in search box **502**. Similarly, any syllable of any consonant can be located and printed in search box **502**.

FIG. **6** shows an image, menu, or interface **600**, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **600** to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **600** through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

Image **600** concerns processing of the Arabic language. Image **600** includes a search box **602** for inputting or entering or printing Arabic characters. Image **600** also includes a search button **604** which can be clicked on with a computer cursor using a computer mouse or any interactive device **108** to cause the computer processor **104** to cause searching on the Internet **112** of FIG. **1**, or intranet, not shown. Alternatively, the search box **602** and the search button **604** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

**18**

Image **600** also includes a main menu **606**, a submenu **608** and a cursor **610**. Menu **606** comprises a plurality of menu items, which include a row set of Arabic punctuation characters and numbers, and another row set of Arabic base letters. There can be more menu items in main menu **606** than shown in the image **600** to include the remaining Arabic base letters. Each of the Menu items can be an html table cell, a button or any GUI (Graphical User Interface) component. Submenu **608** comprises a column set of character menu items which show or include syllables (vowel diacritics) of the Arabic consonant **606***b* shown in the image **600**. The column set can comprise more syllables than shown in the image **600**. Initially, only menu **606** is displayed along with the search box **602** and the search button **604**. A user can click and print one of these characters in search box **602** by using the interactive device **108**. When a user places cursor **610**, using the interactive device **108** on a character menu item including an Arabic base letter, such as menu item **606***b*, all the corresponding character's syllables (vowel diacritics) are displayed as a column set, such as column set **608** for the example of menu item **606***b*. A user can click and print one of these syllables (vowel diacritics) in search box **602** through the use of the interactive device **108**. Similarly, any syllable of any base letter can be located and printed in search box **602**.

FIG. **7** shows an image, menu, or interface **700**, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **700** to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **700** through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

Image **700** concerns processing of the Hebrew language. Image **700** includes a search box **702** for inputting or entering or printing Hebrew characters. Image **700** also includes a search button **704** which can be clicked on with a computer cursor using a computer mouse or any interactive device to cause searching on the Internet or intranet. Alternatively, the search box **702** and the search button **704** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

Image **700** also includes a main menu **706**, a submenu **708** and a cursor **710**. Menu **706** comprises a plurality of menu items which include a row set of Hebrew punctuation characters and another row set of Hebrew consonants. There can be more menu items than shown in the image **700** to include the remaining Hebrew consonants. Each of the menu items can be an html table cell, a button, or any GUI (Graphical User Interface) component. Menu **708** comprises a column set of menu items, each of which includes a syllable (vowel diacritic) of the Hebrew consonant of menu item **706***e* shown in the image **700**. The particular column set (such as in one example **708**) can comprise more syllables than shown in the image **700**. Initially, only menu **706** is displayed along with the search box **702** and the search button **704**. A user can click and print one of these consonants in search box **702** through the interactive device **108**. When a user places cursor **710** through the interactive device **108** on a Hebrew consonant such as shown in menu item **706***e*, all that consonant's syllables (vowel diacritics) are displayed as a column set, such as column set **708**, for menu item **706***e*. A user can click and print one of these syllables (vowel diacritics) in search box

**19**

**702** through the interactive device **108**. Similarly, any syllable of any consonant can be located and printed in search box **702**.

FIG. **8** shows an image, menu, or interface **800**, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **800** to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **800** through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

Image **800** concerns processing of the That language. Image **800** includes a search box **802** for inputting or entering or printing That characters. Image **800** also includes a search button **804** which can be clicked on with a computer cursor using a computer mouse or any interactive device **108** to cause the computer processor **104** to cause searching on the Internet, such as **112** in FIG. **1**. or intranet, not shown. Alternatively, the search box **802** and the search button **804** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

Image **800** also includes a main menu **806**, a submenu **808** and a cursor **810**. Menu **806** comprises a first row set of menu items, which include That punctuation characters and numbers, and a second row set of menu items, which include the first That vowel mark and consonants. There can be more menu items than shown in the image **800** to include the remaining That consonants. Each menu item can be an html table cell, a button or any GUI (Graphical User Interface) component. Menu **808** comprises a block of menu items, which include vowel diacritics of the That consonant of menu item **806h** shown in the image **800**. The block **808** of menu items can comprise more vowel diacritics (syllables) than shown in the image **800**. Initially, only menu **806** comprising That punctuation characters, numbers, the first That vowel mark and consonants is displayed along with the search box **802** and the search button **804**. A user can click and print one of these characters in search box **802** through the interactive device **108**. When a user places cursor **810**, using the interactive device **108** on a menu item containing a That consonant, such as **806h**, all that consonant's vowel diacritics are displayed as a block, such as block **808** for menu item **806h**. A user can click and print one of these vowel diacritics in search box **802** through the interactive device **108**. Similarly, any vowel diacritic of any consonant can be located and printed in search box **802**. Also, all That vowel marks can be displayed by placing cursor **810** over the menu item containing the first That vowel mark. A user can click and print one of these vowels in search box **802**.

FIG. **9** shows an image, menu, or interface **900**, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause the image **900** to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **900** through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

**20**

Image **900** concerns processing of the French language. Image **900** includes a search box **902** for inputting or entering or printing French characters. Image **900** also includes a search button **904** which can be clicked on with a computer cursor using a computer mouse or any interactive device, such as **108**, to cause the computer processor **104** to cause searching on the Internet **112** of FIG. **1**, or intranet, not shown. Alternatively, the search box **902** and the search button **904** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

Image **900** also includes a main menu **906**, a submenu **908** and a cursor **910**. Menu **906** comprises a row set of menu items, which include lower case French letters, their ligatures and diacritics. There can be more menu items than shown in the image **900** to include the remaining French letters. Each of the plurality of menu items can be an html table cell, a button, or any GUI (Graphical User Interface) component. Menu **908** comprises only the upper case letter of the French letter **906l** shown in the image **900**. Initially, only menu **906** of lower case French alphabet letters is displayed along with the search box **902** and the search button **904**. A user can click and print one of these letters in search box **902** using the interactive device **108**. When a user places cursor **910** using the interactive device **108** on a menu item containing a lower case French letter such as menu item **906l**, the particular letter's upper case letter is displayed as a single character menu **908**. A user can click and print this upper case letter in search box **902** using the interactive device **108**.

FIG. **10** shows an image, menu, or interface **1000**, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause image **1000** to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **1000** through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

Image **1000** concerns processing of the Greek language. Image **1000** includes a search box **1002** for inputting or entering or printing Greek characters. Image **1000** also includes a search button **1004** which can be clicked on with a computer cursor using a computer mouse or any interactive device to cause searching on the Internet or intranet. Alternatively, the search box **1002** and the search button **1004** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

Image **1000** also includes a main menu **1006**, a submenu **1008** and a cursor **1010**. Menu **1006** comprises a row set of menu items, which include lower case Greek letters and their diacritics. There can be more menu items than shown in the image **1000** to include the remaining lower case letters. Each of the menu items can be a html table cell, a button or any GUI (Graphical User Interface) component. Menu **1008** comprises only the upper case letter of the lower case Greek letter **1006j** shown in image **1000**. Initially, only menu **1006** of lower case Greek letters is displayed along with the search box **1002** and the search button **1004**. A user can click and print one of these letters in search box **1002** using the interactive device **108**. When a user places cursor **1010** using the interactive device **108** on a menu item having a lower case Greek letter such as **1006j**, the upper case letter of the letter of the particular menu item is displayed as a single character

21

menu **1008**. A user can click and print this upper case letter in search box **1002** using the interactive device **108**.

FIG. **11** shows an image, menu, or interface **1100**, which can be displayed on the computer monitor **102** in accordance with an embodiment of the present invention. The computer processor **104** may be programmed by a computer program to cause image **1100** to be displayed on the computer monitor **102**. The computer program may be stored in the computer memory **106** and may be executed by the computer processor **104**. A person or user can interact with the image **1100** through the computer interactive device **108**, which may include a computer mouse, computer keyboard, and the computer monitor **102** itself (for example, in the case where the computer monitor **102** is a touch screen and receives inputs from a user).

Image **1100** concerns processing of the Russian language. Image **1100** includes a search box **1102** for inputting or entering or printing Russian characters. Image **1100** also includes a search button **1104** which can be clicked on with a computer cursor using a computer mouse or any interactive device to cause searching on the Internet or intranet. Alternatively, the search box **1102** and the search button **1104** can be replaced with a web form for sending mail, chatting, blogging, online advertisement creation etc.

Image **1100** also includes a main menu **1106**, a submenu **1108** and a cursor **1110**. Menu **1106** comprises a row set of menu items, which include lower case Russian letters and their diacritics. There can be more menu items than shown in the image **1100** to include the remaining lower case letters. Each of the menu items can be an html table cell, a buttons or any GUI (Graphical User Interface) component. Menu **1108** comprises only the upper case letter of the lower case Russian letter **1106**h shown in image **1100**. Initially, only menu **1106** of lower case Russian letters is displayed. A user can click and print one of these letters in search box **1102** using the interactive device **108**. When a user places cursor **1110** using the interactive device **108** on a menu item having a lower case Russian letter such as **1106**h, the upper case letter of the particular letter of the particular menu item, is displayed as a single character menu **1108**. A user can click and print this upper case letter in search box **1102** using the interactive device **108**.

The concept of dynamic menus in accordance with at least one embodiment of the present invention, can be applied to any language of the world, irrespective of its type, whether alphabetic or symbolic.

22

There could be several ways of coding dynamic character menus. One way of developing dynamic menus is through Dynamic Hypertext Markup Language and a web scripting language such as JavaScript. Another possibility is through Java Applets. The required non-English characters can be graphically displayed through Unicode numbers or custom fonts. Non-English characters that are constituted by two or more Unicode numbers can be programmatically constructed at the processor run time by passing all the constituent Unicode numbers as arguments of a programming method.

This invention finds significant utility in the area of information security for authentication. Access to computer software applications by their users is controlled through authentication mechanism. Application users define their login credentials such as user-id and password when they first access an application. Users are required to provide the same credentials when they access the same application next time onwards.

Today, it is a common practice that application users define their login credentials in English, irrespective of their native language, though English passwords are very weak compared to those defined in Asian languages. In brute-force attacks, an eight character Chinese password is nearly $1.88 \times 10^{20}$ times stronger than an English password the same length. Chinese language has more than 20,000 symbols including the base radicals and their derivatives. The additional enormous security comes from the large number of Chinese characters and the possible myriad permutations occurring in the selection of eight characters.

Considering all conjunct consonants, their vowel derivatives and modifier combinations, there are nearly 1.8 million characters in Hindi. Therefore, an eight character Hindi password is $8.48 \times 10^{35}$ times stronger than an English password the same length. Passwords defined in other Indian languages except Tamil may be as strong or stronger than a Hindi password. Similarly a Korean password is $3.08 \times 10^{18}$ times as much stronger than an English password. The Japanese Hiragana, Katakana and Kanji character sets together consist of nearly two thousand characters accounting for a security factor of nearly $1.85 \times 10^{12}$ over English passwords. The following Table. A shows calculations supporting the security factors discussed in the two previous paragraphs.

TABLE A

| | | Permutations for 8 character password | Permutations for 8 character English password | Security factor against brute force attacks |
|---|---|---|---|---|
| Language | No. of total characters | | | |
| Hindi | 1,810,776 (Considering conjunct characters involving any three of 38 consonants, one of 11 vowels and one of 3 modifiers, total characters = 38 * 38 * 38 * 11 * 3 = 1,810,776) | $1.16 \times 10^{50}$ | $1.36 \times 10^{14}$ | $8.48 \times 10^{35}$ (= $1.16 \times 10^{50}/ 1.36 \times 10^{14}$) |
| Chinese | 20,000 (including all Kangxi radical and their derivative symbols) | $2.56 \times 10^{34}$ | $1.36 \times 10^{14}$ | $1.88 \times 10^{20}$ (= $2.56 \times 10^{34}/ 1.36 \times 10^{14}$) |

Security Factors for non-English Passwords

US 7,721,222 B1

23      24

TABLE A-continued

| | | Permutations for 8 character password | Permutations for 8 character English password | Security factor against brute force attacks |
|---|---|---|---|---|
| Language | No. of total characters | | | |
| Japanese | 2,000 (including Hiragana, Katakana and Kanji Characters) | $2.52 \times 10^{26}$ | $1.36 \times 10^{14}$ | $1.85 \times 10^{12}$ $(= 2.52 \times 10^{26}/ 1.36 \times 10^{14})$ |
| Korean | 11,970 (including base consonants and their syllables) | $4.20 \times 10^{32}$ | $1.36 \times 10^{14}$ | $3.08 \times 10^{18}$ $(= 4.20 \times 10^{32}/ 1.36 \times 10^{14})$ |

Although the invention has been described by reference to particular illustrative embodiments thereof, many changes and modifications of the invention may become apparent to those skilled in the art without departing from the spirit and scope of the invention. It is therefore intended to include within this patent all such changes and modifications as may reasonably and properly be included within the scope of the present invention's contribution to the art

I claim:

1. A method comprising:

displaying on a computer monitor a first plurality of character menu items;

wherein each character menu item of the first plurality of character menu items has only one individually selectable a character of a language;

wherein each character menu item of the first plurality of character menu items is displayed in a first location on the computer monitor;

wherein each character of each character menu item of the first plurality of character menu items is a consonant character of the language;

further comprising receiving a first user selection of a first character menu item of the first plurality of character menu items, wherein the first user selection is received via a computer interactive device;

displaying on the computer monitor during a first state a first overall plurality of character menu items which consists of the first plurality of character menu items, a second plurality of character menu items, and any first further character menu items, so that no character menu items are displayed on the computer monitor during the first state other than the first overall plurality of character menu items, and wherein the second plurality of character menu items is displayed on the computer monitor during the first state in response to the first user selection of the first character menu item;

wherein each character menu item of the second plurality of character menu items has only one individually selectable a character of the language;

wherein each character menu item of the second plurality of character menu items is displayed in a second location on the computer monitor;

wherein each character of each of the second plurality of character menu items is a vowel derivative of the character of the first character menu item;

wherein the second plurality of character menu items is displayed substantially and directly connected to the first character menu item, and the second plurality of character menu items is not displayed substantially and directly connected to any character menu item of the first

overall plurality of character menu items, disregarding the second plurality of character menu items themselves, other than the first character menu item, and

wherein the second location is separate and apart from the first location and the second location is adjacent the first character menu item;

further comprising receiving a second user selection of a second character menu item of the first plurality of character menu items, wherein the second user selection is received via the computer interactive device;

displaying on the computer monitor during a second state, a second overall plurality of character menu items which consists of the first plurality of character menu items, a third plurality of character menu items, and any second further character menu items, so that no character menu items are displayed on the computer monitor during the second state other than the second overall plurality of character menu items, and wherein the third plurality of character menu items is displayed on the computer monitor during the second state in response to the second user selection of the second character menu item; and

wherein each character menu item of the third plurality of character menu items has only one individually selectable a character of the language;

wherein each character of each character menu item of the third plurality of character menu items is a vowel derivative of the character of the second character menu item;

wherein the third plurality of character menu items is displayed substantially and directly connected to the second character menu item, and the third plurality of character menu items is not displayed substantially and directly connected to any character menu item of the second overall plurality of character menu items, disregarding the third plurality of character menu items themselves, other than the second character menu item; and

wherein each character menu item of the third plurality of character menu items is displayed in a third location on the computer monitor; and

wherein the first, second, and the third locations are separate and apart from each other and the third location is adjacent the second character menu item.

2. The method of claim 1 wherein

the second plurality of character menu items is displayed on the computer monitor in a substantially straight line along with the first character menu item in response to the first user selection; and

the third plurality of character menu items is displayed on the computer monitor in a substantially straight line

**25**

along with the second character menu item in response to the second user selection.

**3**. The method of claim **1** wherein

the first plurality of character menu items is displayed on the computer monitor in a row;

the second plurality of character menu items is displayed on the computer monitor in a row; and

the third plurality of character menu items is displayed on the computer monitor in a column.

**4**. The method of claim **1** wherein

the language is a non-English language.

**5**. The method of claim **1** further comprising

receiving a third user selection of a particular character menu item of the first plurality, second plurality, and third plurality of character menu items and causing a character of the particular character menu item to be displayed in a fourth location on the computer monitor;

wherein the fourth location is separate and apart from the first, second, and third locations.

**6**. The method of claim **1** wherein

each of the character menu items of the first, second, and third plurality of character menu items is any one of an hypertext markup language (html) table cell, a button, and a graphic user interface component; and

the first user selection is received via any one of a computer mouse, finger pad of a computer laptop, computer touch screen, a button, and a computer stylus on a computer mobile device.

**7**. A method comprising

displaying on a computer monitor a first plurality of character menu items;

wherein each character menu item of the first plurality of character menu items has only one individually selectable character of a language;

wherein each character menu item of the first plurality of character menu items is displayed in a first location on the computer monitor;

further comprising receiving a first user selection of a first character menu item of the first plurality of character menu items, wherein the first user selection is received via a computer interactive device;

displaying on the computer monitor during a first state a first overall plurality of character menu items which consists of the first plurality of character menu items, a second plurality of character menu items, and any first further character menu items, so that no character menu items are displayed on the computer monitor during the first state other than the first overall plurality of character menu items, and wherein the second plurality of character menu items is displayed on the computer monitor during the first state in response to the first user selection of the first character menu item;

wherein each character menu item of the second plurality of character menu items has only one individually selectable character of the language;

wherein the second plurality of character menu items is displayed substantially and directly connected to the first character menu item, and the second plurality of character menu items is not displayed substantially and directly connected to any character menu item of the first overall plurality of character menu items, disregarding the second plurality of character menu items themselves, other than the first character menu item;

wherein each character menu item of the second plurality of character menu items is displayed in a second location on the computer monitor; and

**26**

wherein the second location is separate and apart from the first location and the second location is adjacent the first character menu item;

further comprising receiving a second user selection of a second character menu item of the second plurality of character menu items, wherein the second user selection is received via the computer interactive device;

displaying on the computer monitor during a second state, a second overall plurality of character menu items which consists of the first plurality of character menu items, the second plurality of character menu items, a third plurality of character menu items, and any second further character menu items, so that no character menu items are displayed on the computer monitor during the second state other than the second overall plurality of character menu items and wherein the third plurality of character menu items is displayed on the computer monitor during the second state in response to the second user selection of the second character menu item;

wherein each character menu item of the third plurality of character menu items has only one individually selectable character of the language;

wherein the third plurality of character menu items is displayed substantially and directly connected to the second character menu item, and the third plurality of character menu items is not displayed substantially and directly connected to any character menu item of the second overall plurality of character menu items, disregarding the third plurality of character menu items themselves, other than the second character menu item;

wherein each character menu item of the third plurality of character menu items is displayed in a third location on the computer monitor; and

wherein the first, second, and the third locations are separate and apart from each other and the third location is adjacent the second character menu item.

**8**. The method of claim **7** wherein

each of the character menu items of the first plurality of character menu items has any one of a consonant character, a vowel, a base radical, a symbol, a lower case letter, an alphabet name, a digit, a block number, and a punctuation character of the language.

**9**. The method of claim **7** wherein

the first plurality of character menu items is displayed on the computer monitor in a row;

the second plurality of character menu items is displayed on the computer monitor in a column; and

the third plurality of character menu items is displayed on the computer monitor in a row.

**10**. The method of claim **9** wherein

the first plurality of character menu items is displayed on the computer monitor in a substantially straight line which includes the first character menu item but not the second character menu item;

the second plurality of character menu items is displayed on the computer monitor in response to the first user selection in a substantially straight line which includes the first character menu item and the second character menu item; and

the third plurality of character menu items is displayed on the computer monitor in response to the second user selection in a substantially straight line which includes the second character menu item but not the first character menu item.

US 7,721,222 B1

27

**11**. The method of claim **7** wherein

the language is a non-English language.

**12**. The method of claim **7** further comprising

receiving a third user selection of a particular character menu item of the first plurality, second plurality, and third plurality of character menu items and causing a character of the particular character menu item to be displayed in a fourth location on the computer monitor;

wherein the fourth location is separate and apart from the first, second, and third locations.

**13**. The method of claim **12** further comprising

searching on the internet using the character of the particular character menu item.

**14**. The method of claim **7** further comprising

receiving a third user selection of a third character menu item of the third plurality of character menu items, wherein the third user selection is received via a computer interactive device; and

in response to the third user selection, displaying on the computer monitor a fourth plurality of character menu items, wherein the character menu items of the fourth plurality of character menu items are related to the third character menu item;

wherein each character menu item of the fourth plurality of character menu items has a character of the language;

wherein each character menu item of the fourth plurality of character menu items is displayed in a fourth location on the computer monitor; and

wherein the first, second, third, and fourth locations are separate and apart from each other and the fourth location is adjacent the third character menu item.

**15**. The method of claim **14** further comprising

receiving a fourth user selection of a particular character menu item of the first plurality, second plurality, third plurality, and fourth plurality of character menu items and causing a character of the particular character menu item to be displayed in a fifth location on the computer monitor;

28

wherein the fifth location is separate and apart from the first, second, third, and fourth locations.

**16**. The method of claim **14** wherein

the first plurality of character menu items is displayed in a row in the first location of the computer monitor;

the second plurality of character menu items is displayed in any one of a column, a row, and a block in the second location of the computer monitor;

the third plurality of character menu items is displayed in any one of a column, a row, and a block in the third location of the computer monitor; and

the fourth plurality of character menu items is displayed in any one of a column, a row, and a block in the third fourth location of the computer monitor.

**17**. The method of claim **7** wherein

the first user selection is received from any one of a computer mouse, a computer touch screen, a finger pad of a laptop computer, and a computer keyboard.

**18**. The method of claim **7** wherein

each character of each character menu item of the first plurality of character menu items is a consonant character of the language;

wherein each character of each of the second plurality of character menu items is a vowel derivative of the character of the first character menu item; and

wherein each character of each of the third plurality of character menu items is a double-consonant conjunct derivative of the character of the second character menu item.

**19**. The method of claim **7** wherein

the first plurality of character menu items is displayed in a row in the first location of the computer monitor;

the second plurality of character menu items is displayed in any one of a column, a row, and a block in the second location of the computer monitor; and

the third plurality of character menu items is displayed in any one of a column, a row, and a block in the third location of the computer monitor.

* * * * *