# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CUMBERLAND SYSTEMS LLC,** | |
| Plaintiff, | |
| **v.** | **CIVIL ACTION NO** |
| **NOKIA USA INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Cumberland Systems LLC ("Cumberland Systems"), states that it is a limited liability company.  It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: April 19, 2018 | Respectfully submitted,<br><br>/s/Stamatios Stamoulis<br>Stamatios Stamoulis #4606<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>weinblatt@swdelaw.com<br><br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br><br>Papool S. Chaudhari<br>(*Pro Hac Vice* application pending)<br>Chaudhari Law, PLLC<br>P.O. Box 1863<br>Wylie, Texas 75098<br>Phone: (214) 702-1150<br>Fax: (214) 705-3775<br>Papool@ChaudhariLaw.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**CUMBERLAND SYSTEMS LLC** |