IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CUMBERLAND SYSTEMS LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**NOKIA USA INC.,**<br><br>   Defendant. | **CIVIL ACTION NO 1:18-cv-593-RGA**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cumberland Systems LLC ("Plaintiff") voluntarily dismisses this action without prejudice. Plaintiff affirmatively represents that the Defendant has not filed or served an answer, nor a motion for summary judgment.

          Respectfully Submitted,
          **CUMBERLAND SYSTEMS LLC**

Dated:  May 2, 2018        By: /s/Stamatios Stamoulis

          Stamatios Stamoulis #4606
          stamoulis@swdelaw.com
          Richard C. Weinblatt #5080
          weinblatt@swdelaw.com

          STAMOULIS & WEINBLATT LLC
          Two Fox Point Centre
          6 Denny Road, Suite 307
          Wilmington, DE 19809
          (302) 999-1540

Papool S. Chaudhari
(*Pro Hac Vice* application pending)
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEYS FOR PLAINTIFF
CUMBERLAND SYSTEMS LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule on this, the 2nd day of May, 2018.  Any other counsel of record will be served by first class U.S. mail on this same date.

/s/Stamatios Stamoulis